**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-80897-CIV-RYSKAMP/VITUNAC

WEST COAST LIFE INSURANCE
COMPANY,

               Plaintiff,

v.

LIFE BROKERAGE PARTNERS
LLC, et al.,

               Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE comes before the Court upon the Report and Recommendation of Magistrate Judge Ann E. Vitunac **[DE 315]** entered on August 5, 2009. Pending before Judge Vitunac were The Broker Defendants' Motion to Dismiss the Amended Complaint **[DE 181]**, filed March 31, 2009 and Defendant Grossman's Motion to Dismiss the Amended Complaint **[DE 188]**, filed March 31, 2009. Neither party objected to the Report and the time to do so has expired.

    This Court has conducted a *de novo* review of the motions, Report and Recommendation, and the relevant portions of the record. Accordingly, it is hereby,

        ORDERED AND ADJUDGED that:

(1)    The Report of Magistrate Judge Vitunac **[DE 315]** be, and the same hereby is, RATIFIED, AFFIRMED and APPROVED in its entirety;

(2)    The Broker Defendants' Motion to Dismiss the Amended Complaint **[DE 181]** is GRANTED IN PART AND DENIED IN PART. The Broker Defendants' Motion is granted as to Counts 11 and 12 of the Amended Complaint, and denied as to Counts 3, 4, 8, and 9 of the Amended Complaint;

(3) Defendant Grossman's Motion to Dismiss the Amended Complaint **[DE 188]** is GRANTED IN PART AND DENIED IN PART. Defendant Grossman's Motion is granted as to Counts 9, 11, and 12 of the Amended Complaint; denied as to Counts 1, 2, 3, and 4 of the Amended Complaint; and denied as moot as to Count 10 of the Amended Complaint.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 31 day of August, 2009.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Ann E. Vitunac
All counsel of record